IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RONALD HUGH HUTTON,            )
                               )
        Plaintiff,             )
                               )
    v.                         )     1:17CV151
                               )
U.S. DEPARTMENT OF VETERANS    )
AFFAIRS and BOARD OF VETERAN   )
APPEALS,                       )
                               )
        Defendants.            )

## ORDER

On March 8, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) Plaintiff timely filed objections (Doc. 6) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted. A

Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of April, 2017.

_____
United States District Judge